|  | Priority |
|---|---|
| ✓ | Send |
| __ | Clsd |
| __ | Enter |
| __ | JS-5/JS-6 |
| __ | JS-2/JS-3 |
| __ | Scan Only |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 01-09278 DDP (VBKx)                                Date: December 7, 2001

Title:   ALFRED E. BAKER -v- BARNARD CONSTRUCTION, INC., a corporation; G.T. CONNELL, an individual

PRESENT: HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                             None Present
Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                NO APPEARANCE

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than December 28, 2001 why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Answer or request for entry of default.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 11
CIVIL -- GEN



ENTER ON ICMS
DEC 10 2001

Initials of Deputy Clerk _____