☑ Priority
☑ Send
☐ Clsd
☑ Enter
☑ JS-6
☐ JS-2/JS-3
☐ Scan Only

FILED
CLERK, U.S. DISTRICT COURT
FILED JAN - 3 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>BARNARD CONSTRUCTION, INC., a corporation; G.T. CONNELL, an individual,<br><br>    Defendants. | Case No. CV 01-09278 DDP (VBKx)<br><br>**ORDER OF DISMISSAL** |

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 4 2002
1-4-02
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

THE COURT having ordered the Plaintiff to show cause in writing, not later than December 28, 2001, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: January 3, 2002

DEAN D. PREGERSON
United States District Judge

**THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).**

| | |
|---|---|
| | ___ Priority |
| | _✓_ **Send** |
| UNITED STATES DISTRICT COURT | ___ Clsd |
| CENTRAL DISTRICT OF CALIFORNIA | ___ Enter |
| | ___ JS-5/JS-6 |
| CIVIL MINUTES -- GENERAL | ___ JS-2/JS-3 |
| | ___ Scan Only |

Case No.    CV 01-09278 DDP (VBKx)                    Date: December 7, 2001

Title:    ALFRED E. BAKER -v- BARNARD CONSTRUCTION, INC., a corporation; G.T. CONNELL, an individual

---

PRESENT: HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers            None Present
Courtroom Deputy            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                            NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than December 28, 2001 why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Answer or request for entry of default.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 11                                            Initials of Deputy Clerk _____
CIVIL -- GEN